BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:17-CR-180 RS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) [PROPOSED] ORDER EXCLUDING TIME |
| | ) UNDER THE SPEEDY TRIAL ACT |
| APRIL MYRES, and | ) |
| ANTOINE FOWLER, | ) |
| Defendants. | ) |

The parties appeared before the Court for a status conference on September 19, 2017. The parties, with the consent of the defendants, hereby stipulate as follows:

1. The United States has provided and continues to provide the defendants with discovery materials, and the defendants require additional time to review the discovery and to prepare effectively.

2. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendants in a speedy trial. Specifically, such an exclusion provides the respective defense counsel reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

3. Based on the foregoing, the parties jointly and respectfully request that the Court issue the proposed order excluding time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: September 19, 2017

_____
TONY TAMBURELLO
Counsel for Defendant Myres

DATED: September 19, 2017

_____
KENNETH HOWARD WINE
Counsel for Defendant Fowler

BRIAN J. STRETCH
United States Attorney

DATED: September 19, 2017

_____
JEFFREY SHIH
Assistant United States Attorney

## [PROPOSED] ORDER TO EXCLUDE TIME

Based on the stipulation of the parties, the consent of the defendants, and on good cause shown, the Court orders that the time period from the date of this Order, through and including the date set for the next hearing before the District Court on December 8, 2017, is excluded under the Speedy Trial Act. The Court bases this exclusion of time and makes the findings as stipulated by the parties above.

IT IS SO ORDERED.

Dated: 9/19/, 2017

_____
HON. RICHARD SEEBORG
United States District Judge