Michael J. Shepard (State Bar No. 91281)
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, California 94105
Tel: (415) 318-1221
mshepard@kslaw.com

Jamie A. Lang (State Bar No. 253769)
KING & SPALDING LLP
633 W Fifth Street
Suite 1700
Los Angeles, CA 90071
Tel: (213) 443-4325
jlang@kslaw.com

Attorneys for Defendant
APRIL DIANE MYRES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APRIL DIANE MYRES, <br><br> Defendant. | Case No.: 3:17-CR-00180-RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S RULE 33 MOTION FOR A NEW TRIAL AND/OR RULE 29 MOTION FOR A JUDGMENT OF ACQUITTAL** <br><br> Judge: Hon. Richard Seeborg |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Federal Rule of Criminal Procedure 33, "[u]pon the defendant's motion, the |
| 3 | court may vacate any judgment and grant a new trial if the interest of justice so requires." Fed. R. |
| 4 | Crim. P. 33(a). A defendant must file any such motion within 14 days after the verdict. Fed. R. |
| 5 | Crim. P. 33(b)(2). In addition, pursuant to Federal Rule of Criminal Procedure 29, "[a] defendant |
| 6 | may move for a judgment of acquittal, or renew such a motion, within 14 days after a guilty |
| 7 | verdict or after the court discharges the jury, whichever is later." Fed. R. Crim. P. 29(c)(1). On |
| 8 | June 26, 2019, the jury found defendant April Myres ("Ms. Myres") guilty of Counts One and |
| 9 | Two of the indictment in this case, which charged Ms. Myres with mail fraud and wire fraud, |
| 10 | respectively. Accordingly, Ms. Myres' Rule 29 and Rule 33 motions are currently due on July |
| 11 | 10, 2019. |
| 12 | Prior to filing any such motions, Ms. Myres respectfully requests an opportunity to review |
| 13 | the transcripts from the trial in this matter, which are currently being prepared and expected to be |
| 14 | completed by July 29, 2019 (CR 207) and, by extension, to continue the due date for these |
| 15 | motions. Ms. Myres has spoken with government counsel regarding this matter, who has no |
| 16 | objection to continuing the due date for any Rule 29 or Rule 33 motions. Accordingly, the parties |
| 17 | respectfully request and stipulate that the Court continue the due date for any Rule 29 or Rule 33 |
| 18 | motions from July 10, 2019 to September 4, 2019, and propose the following briefing schedule: |
| 19 | Motion for New Trial and/or Acquittal: September 4, 2019 |
| 20 | Oppositions to be Filed: September 25, 2019 |
| 21 | (Optional) Replies to be Filed: October 2, 2019 |
| 22 | Any Hearing on Motion for New Trial and/or Acquittal: October 8, 2019 at 2:30 pm. |
| 23 | IT IS SO STIPULATED. |

| | | |
|---|---|---|
| Dated: July 3, 2019 | | KING & SPALDING LLP |
| | By: | */s/ Michael J. Shepard* |
| | | MICHAEL J. SHEPARD |
| | | JAMIE A. LANG |
| | | Attorneys for Defendant |
| | | APRIL DIANE MYRES |
| Dated: July 3, 2019 | | UNITED STATES ATTORNEY'S OFFICE |
| | By: | /s/ per email authorization |
| | | LAURA VARTAIN |
| | | NICHOLAS WALSH |
| | | Assistant United States Attorneys |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: 07/03/2019        By: _____
HON. RICHARD SEEBORG
United States District Court Judge