| | |
|---|---|
| 1 | Michael J. Shepard (State Bar No. 91281) |
| 2 | KING & SPALDING LLP |
| | 101 Second Street |
| 3 | Suite 2300 |
| | San Francisco, California 94105 |
| 4 | Tel: (415) 318-1221 |
| | mshepard@kslaw.com |
| 5 | |
| 6 | Jamie A. Lang (State Bar No. 253769) |
| | KING & SPALDING LLP |
| 7 | 633 W Fifth Street |
| | Suite 1700 |
| 8 | Los Angeles, CA 90071 |
| | Tel: (213) 443-4325 |
| 9 | jlang@kslaw.com |
| 10 | Attorneys for Defendant |
| 11 | APRIL DIANE MYRES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:17-CR-00180-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING FOR DEFENDANT APRIL DIANE MYRES** |
| v. | |
| APRIL DIANE MYRES, | |
| Defendant. | Judge: Hon. Richard Seeborg |

STIPULATION AND [PROPOSED] ORDER
Case No. 3:17-CR-00180-RS

**STIPULATION**

Defendant April Myres is currently scheduled to be sentenced in the above-captioned case on October 22, 2019. Through this stipulation, the parties respectfully request and stipulate that the Court continue Ms. Myres' sentencing date to November 19, 2019 at 2:30 p.m. for the following reasons:

1. At present, the Probation Officer assigned to this case has three other sentencings scheduled for October 22, 2019, such that moving the sentencing date for Ms. Myres would assist the Probation Officer with the preparation of the pre-sentence investigation report for Ms. Myres.

2. Ms. Myres respectfully requests additional time to prepare for sentencing, including collecting additional information from friends and family members, as well as other personal background information, to potentially include in her position paper as factors for the Court to consider pursuant to 18 U.S.C. § 3553.

Ms. Myres has corresponded with government counsel and the Probation Officer regarding this matter, who have no objection to continuing the sentencing to November 19, 2019 at 2:30 p.m. Ms. Myres also has confirmed the Court's availability on November 19, 2019 with the Court's Courtroom Deputy Clerk, Ms. Corinne Lew.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: August 27, 2019 | | KING & SPALDING LLP |
| | By: | /s/ *Michael J. Shepard* |
| | | MICHAEL J. SHEPARD |
| | | JAMIE A. LANG |
| | | Attorneys for Defendant |
| | | APRIL DIANE MYRES |
| Dated: August 27, 2019 | | UNITED STATES ATTORNEY'S OFFICE |
| | By: | /s/ *per email authorization* |
| | | LAURA VARTAIN |
| | | NICHOLAS WALSH |
| | | Assistant United States Attorneys |

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 8/27/19        By: *[signature]*
HON. RICHARD SEEBORG
United States District Court Judge